**Dismissed and Opinion Filed November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00515-CV

### WILLIE MORELAND, Appellant
### V.
### STEPHANIE MORELAND, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-12468**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Whitehill

Appellant's brief in this case is overdue. By postcard dated August 4, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. Thereafter, we granted appellant's motion to extend time to file his brief and ordered appellant's brief to be filed by August 28, 2015. We expressly cautioned appellant that failure to comply would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, requested an additional extension of time to file his brief, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

150515F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WILLIE MORELAND, Appellant

No. 05-15-00515-CV          V.

STEPHANIE MORELAND, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-10-12468.
Opinion delivered by Justice Whitehill.
Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Stephanie Moreland recover her costs, if any, of this appeal from appellant Willie Moreland.

Judgment entered November 4, 2015.